IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-00775-MSK-CBS

GRANT HEILMAN, individually,
and on behalf of all other persons similarly situated,

    Plaintiff,

v.

HOUGHTON MIFFLIN HARCOURT PUBLISHING COMPANY,
a Massachusetts corporation,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that parties' Stipulated Motion Regarding Filing of First Amended Complaint and Withdrawal of Defendant's Pending Motion to Dismiss (*doc. no. 14*) is GRANTED. Defendant's Motion to Dismiss (*doc. no. 12*) is WITHDRAWN, without prejudice.

    IT IS FURTHER ORDERED that Plaintiff shall file an Amended Complaint no later than July 7, 2008.

**DATED:**    June 23, 2008