IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-00775-MSK-CBS

GRANT HEILMAN, individually,
and on behalf of all other persons similarly situated,

    Plaintiff,

v.

HOUGHTON MIFFLIN HARCOURT PUBLISHING COMPANY,
a Massachusetts corporation,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's Motion to Join Named Plaintiff and for Acceptance of First Amended Class Action Complaint and Jury Demand for Filing (*doc. no. 21*) is GRANTED. As of the date of this order, the Clerk of Court is instructed to accept for filing, the First Amended Class Action Complaint and Jury Trial Demand (*doc no. 21-2*) and accompanying exhibits (*doc. nos. 21-3 through 21-9*) tendered to the court on July 7, 2008.

**DATED:**    July 8, 2008