IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-00775-MSK-CBS

GRANT HEILMAN, and
VARNETTE P. HONEYWOOD,
individually, and on behalf of all other persons similarly situated,

    Plaintiff,

v.

HOUGHTON MIFFLIN HARCOURT PUBLISHING COMPANY,
a Massachusetts corporation,

    Defendant.

---

# MINUTE ORDER

---

## ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

    IT IS ORDERED that Plaintiff's Unopposed Motion to Amend and for Acceptance of Second Amended Class Action Complaint and Jury Demand for Filing (*doc. # 41)* is GRANTED. As of the date of this order, the Clerk of Court is instructed to accept for filing, the "Second Amended Class Action Complaint and Jury Trial Demand" (*doc no. 41-2*) as well as the attached Exhibits (*doc. ## 41-3 through 41-9)*, all tendered to the court on October 30, 2008.

**DATED:**    November 3, 2008