IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 08-cv-00775-MSK-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date: February 12, 2009 | Courtroom Deputy: Ginny Kramer |

*Parties:*                                                                 *Counsel:*

GRANT HEILMAN,                                              Jeffrey Springer
*individually, and on behalf of all other*
*persons similarly situated,*

      Plaintiff,

v.

HOUGHTON MIFFLIN HARCOURT            Edward Crane
PUBLISHING COMPANY,                              Evan Rothstein
*a Massachusetts corporation,*

      Defendant.

---

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**

**Court in Session: 9:58 a.m.**

Court calls case. Appearances of counsel.

9:59 a.m.    Argument by Mr. Crane for the Defendant's as to Defendant's Motion to Bifurcate *Discovery* [#39] filed October 16, 2008.

10:14 a.m.   Argument by Mr. Springer for the Plaintiff as to the Defendant's Motion to Bifurcate *Discovery* [#39] filed October 16, 2008.

10:29 a.m.   Rebuttal argument by Mr. Crane.

**It was ORDERED:**

1. The Defendant's Motion to Bifurcate *Discovery* [#39] filed October 16, 2008 is **denied** for the reasons stated on the record.

2. That the parties shall submit a first phrase purposed scheduling order **on or before February 27, 2009,** as stated on the record**.**

3. That a Scheduling Conference is scheduled for **Friday, March 13, 2009, at 11:00 a.m.**

HEARING CONCLUDED.

**Court in recess**: **10:51 a.m.**
Total time in court:    00:43 minutes

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.