IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 08-cv-00775-MSK-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date:   November 2, 2009 | Courtroom Deputy: Bernique Abiakam |

*Parties:*                                          *Counsel:*

GRANT HEILMAN,                        Jeffrey A. Springer
                                                    Christopher Seidman

         Plaintiff,


v.


HOUGHTON   MIFFLIN   HARCOURT        Tucker K. Trautman
PUBLISHING COMPANY, a Massachusetts
corporation,

         Defendant.

---

## COURTROOM MINUTES/MINUTE ORDER

---

**HEARING:   MOTION HEARING**
**Court in Session:** 1:32 p.m.
Court calls case.  Appearances of counsel.

Preliminary remarks by the Court.

Discussion and argument regarding Motion To Amend And For Acceptance Of Third Amended
Complaint And Jury Demand For Filing (Filed 10/13/09; Doc. No. 107).

1:35 p.m.         Argument by Mr. Springer.  Questions by the Court.

1:49 p.m.         Argument by Mr. Trautman.  Questions by the Court.

2:03 p.m.         Comments and ruling s by the Court.

*08-cv-00775-MSK-CBS*
*Motions Hearing*
*November 2, 2009*

**ORDERED:**   **Motion To Amend And For Acceptance Of Third Amended Complaint And Jury Demand For Filing (Filed 10/13/09; Doc. No. 107) is GRANTED subject to the following conditions: (1) Plaintiff Heilman's putative Claims in the Second Amended complaint are Dismissed with Prejudice and without objection; (2) Plaintiff's counsel will return all discovery produced in conjunction with class discovery subject to further discussions under Local Rule 7.1A.   The motion to amend is GRANTED WITHOUT PREJUDICE to defendant's right to file a separate motion for an award of fees and costs, as specified.**

HEARING CONCLUDED.

**Court in recess**: 2:16 p.m.
Total time in court:     00:44

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.